## M. ANGELL v. THE STATE.

CONFESSIONS. — It was error to allow the State, over objection, to prove a con-
fession made by the accused after his arrest and while he was in custody,
there being nothing to show that the confession came within any of the
exceptions to the general rule prescribed in art. 750, Revised Code Crim-
inal Procedure.

APPEALS from the District Court of Dallas.   Tried below
before the Hon. G. N. ALDREDGE.

By separate indictments the appellant was charged with
the theft of a horse and a mare, belonging to different
owners.   In each case he was found guilty, and a term of
five years in the penitentiary awarded him.   The animals
were stolen from the same neighborhood in Denton County,
and were found in possession of the appellant in Dallas
County.

No brief for the appellant.

*Thomas Ball*, Assistant Attorney-General, for the State.

CLARK, J.   In these two prosecutions for theft of horses,
the State was permitted to prove, over objection of the
defendant, that after he was arrested and carried to the
jailer's office in the city of Dallas, upon a suggestion of the
deputy-sheriff that there was no use to deny the crime, as

there was sufficient evidence to convict him, he confessed the theft. It is not made to appear that this statement came within any of the exceptions to the general rule which rigidly excludes such evidence, and authorities are not necessary to show that its admission was error.

The judgments are reversed and the causes remanded.

*Reversed and remanded.*